**MEMO ENDORSED**

# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

May 7, 2025

~~SEALING REQUESTED~~

**BY ECF AND EMAIL**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
Gina_Sicora@nysd.uscourts.gov

> **Defendant's request to adjourn the Status Conf. from May 13, 2025 to August 1, 2025 at 12:15 pm is GRANTED with the Government's consent. The Court will not file this endorsement under seal as it does not contain any sensitive information. Clerk of Court is requested to terminate the motion at ECF No. 29.**
> **Dated: White Plains, NY**
> **May 8, 2025**
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

RE:   *United States v. Ramirez*, 25-CR-35 (NSR)

Dear Judge Román:

I am writing to request an adjournment until August 1, 2025 at 12:15 p.m. of the status conference that we have in this matter on Tuesday, May 13, 2025.  Your chambers advised me that Your Honor is available at this time.   The adjournment will provide Mr. Ramirez with time to finish reviewing discovery and negotiating a pretrial disposition and to file pretrial motions.  I have conferred with AUSA Rey Watson and the government consents to this request, and Mr. Ramirez consents to the exclusion of time from May 13 to August 1, 2025 from the Speedy Trial Act calculations.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/08/2025

Respectfully submitted,

Jill R. Shellow
Dictated but not signed

cc:   Edward Ramirez (by legal mail)
      AUSA Rey Watson (by email)

Admitted:  NY, CT, DC