```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

EDWARD RAMIREZ,

                Defendant.

**Order Excluding Time**

25 Cr. 35 (NSR)

       The Court has received a request by JAY CLAYTON, United States Attorney for the Southern District of New York, by Assistant United States Attorney Reyhan Watson, that the time period from May 13, 2025, through and including August 1, 2025, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

       The Government seeks the exclusion of the foregoing period in the interest of justice so that the defendant can continue to review discovery, as well as consider a possible pretrial resolution and draft pretrial motions. By letter dated May 7, 2025, defendant Edward Ramirez, by counsel Jill R. Shellow, Esq., of the Law Offices of Jill R. Shellow PLLC, filed an unopposed letter motion seeking to adjourn the May 13, 2025, pretrial conference in this matter. (ECF No. 29). In addition, Ms. Shellow stated that the defendant "consents to the exclusion of time from May 13 to August 1, 2025 from the Speedy Trial Act calculations." By order dated May 8, 2025, the Court granted the defendant's motion and set a pretrial conference for August 1, 2025, at 12:15 p.m. (ECF No. 31). On May 8, 2025, the Government moved to exclude time. (*See* ECF No. 32).

       Full consideration having been given to the matter set forth therein, it is hereby

       ORDERED that the time period from May 13, 2025, through and including August 1, 2025, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 32.

Dated: White Plains, New York
       May 9, 2025          SO ORDERED:

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

2