UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

         USA,

         - against -

EDWARD RAMIREZ,

         Defendant(s).

--------------------------------------------------------x

**RESCHEDULING ORDER**

25 CR 0035-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

In light of the Courthouse's closing, the in-person Pretrial Conference scheduled for November 21, 2025, is hereby

**ORDERED rescheduled, without objection by the parties, to December 12, 2025 at 2:15 pm.**

Dated:    White Plains, New York
          November 20, 2025

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025