**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

UNITED STATES OF AMERICA

                **ORDER**

       -against-

               25 Cr. 0035-01 (NSR)

EDWARD RAMIREZ,

        Defendant.
--------------------------------------------------------x

**ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case     <u>Jill Shellow</u>     is hereby ordered substituted
                                  Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

    <u>Richard Willstatter</u>   .
          Attorney's Name

                      SO ORDERED.

                      _____

                      NELSON S. ROMÁN,
                      UNITED STATES DISTRICT JUDGE

Dated:    White Plains, New York
            April 3, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/03/2026