Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER
(914) 948-5656
FAX (914) 948-8730
E-MAIL: WILLSTATTER@MSN.COM

July 28, 2026

MEMO ENDORSED

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Edward Ramirez*
25 Cr. 35 (NSR)

Dear Judge Román,

This is an application for permission to submit an interim voucher in this matter.

The SDNY CJA Panel Representative, Natali J.H. Todd, has asked CJA Panel members to submit interim vouchers at this time.

Respectfully,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER

Application granted. The Clerk of Court is directed to terminate the motion at ECF No. 53.
Dated: July 28, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge